**IN RE Isaac COLBETH, No. 171-79**

May 13, 1980. The trial court's judgment is reversed and cause remanded for a new post-conviction relief hearing, as without a transcript of the proceedings below we cannot justly review the questions raised on appeal. *State* v. *Harvey*, 135 Vt. 549, 382 A.2d 210 (1977). To be certified forthwith to the Franklin Superior Court and Commissioner of Corrections.

**ST. JOHNSBURY ELECTRIC COMPANY, INC. v. THE HANOVER INSURANCE COMPANIES, No. 339-79**

May 16, 1980. Appellant not having shown that the trial court abused its discretion in denying its motion under V.R.C.P. 55(c) and 60(b), the order is affirmed. *Bardill Land & Lumber, Inc.* v. *Davis*, 135 Vt. 81, 370 A.2d 212 (1977).

**Lubomyr DEMCHUK v. PRESIDENT AND FELLOWS OF MIDDLEBURY COLLEGE and David Price, No. 166-80**

May 16, 1980. No basis for relief under V.R.A.P. 21(a) being shown, nor any compliance with V.R.A.P. 21(b) being shown, the petition is denied.

**STATE of Vermont v. Albert T. SMITH, No. 261-79**

May 22, 1980. Appeal dismissed for failure to enter notice of appearance by counsel or appearance pro se.

**THE HEALTH CENTER v. Earl MONTAGUE, No. 471-79**

May 22, 1980. Appeal dismissed for failure to comply with the order dated April 23, 1980.

**STATE of Vermont v. Harold K. SIEGLINGER, No. 476-79**

May 22, 1980. Appellee's brief shall be filed by June 4, 1980, or the appellee shall be subject to the provisions of V.R.A.P. 31(c) with respect to being allowed to argue orally.

Billings, J.

**Rebecca J. LEEDS v. Walter B. LEEDS, No. 65-80**

May 22, 1980. Appeal dismissed for failure to comply with the order dated April 9, 1980.

**IN RE PETITION OF Ruth A. FINN, No. 195-80**

May 28, 1980. The petition to take the July, 1980, Bar Examination is granted. This entry shall be certified to the Chairman of the Board of Bar Examiners forthwith.